IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| V. ) | Criminal No. 1:24CR162 |
| ) | |
| JORGE ROMERO GONZALEZ, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on the Defendant's appeal of the Magistrate Judge's denial of his motion to suppress. For the reasons stated from the bench on November 15, 2024, it is hereby

ORDERED that the Defendant's Appeal is DENIED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
November 18, 2024